UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Rebecca Taylor and Karl Hunter, on behalf of themselves and all others similarly situated
    *Plaintiffs*,

    *v.*

The Housing Authority of the City of New Haven, Jimmy Miller, David Alvarado, Iiona Leffingwell, Louise Persall, Robert Solomon, and Jason Turner,
    *Defendants*.

Civil No. 3:08cv557 (JBA)

**ORDER**

Pursuant to colloquy with counsel in open court on November 10, 2008, the following matters were resolved and schedule ordered:

1. Defendants' supplemental objection to Plaintiffs' Motion for Class Certification [Doc. # 46] shall be filed by November 17, 2008. Plaintiffs' reply shall be filed by December 1, 2008.

2. The parties shall file a supplemental Rule 26(f) Report seven (7) days after the ruling on Plaintiffs' Motion for Class Certification.

3. All discovery that is not dependent on certification of a class shall be concluded by January 15, 2009.

4. Absent any class certification, the parties' motions for summary judgment as to the individual Plaintiffs' cases shall be filed by March 13, 2009. If no such motions are filed, the parties' Joint Trial Memorandum shall be due March 27, 2009.

5. Plaintiffs' Motion to Amend Proposed Class Definition [Doc. # 63] is granted absent opposition.

6. Plaintiffs' Motion to Modify Protective Order to Notify Putative Class Members [Doc. # 64] is denied without prejudice to renew.

7. Plaintiffs' Motion to Compel [Doc. # 68] is denied as moot on the representation of Defendants' counsel regarding electronic discovery, as set forth on the record.

IT IS SO ORDERED.

_/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 10th day of November, 2008.